LOWERY v. CAMPBELL

[362 N.C. 231 (2008)]

DEXTER LOWERY v. W. DAVID CAMPBELL D/B/A CAMPBELL INTERIOR SYSTEMS
AND CISCO OF FLORENCE; AND AUTO-OWNERS INSURANCE COMPANY

No. 502A07

(Filed 7 March 2008)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 185 N.C. App. 659, 649 S.E.2d 453 (2007), affirming orders entered in Superior Court, Robeson County, on 13 October 2003 by Judge Gary L. Locklear, on 15 November 2005 by Judge James F. Ammons, Jr., and on 7 June 2006 by Judge Jack A. Thompson. Heard in the Supreme Court 12 February 2008.

*Musselwhite, Musselwhite, Branch & Grantham, by W. Edward Musselwhite, Jr., for plaintiff-appellee.*

*Anderson, Johnson, Lawrence, Butler & Bock, L.L.P., by Lee B. Johnson, for defendant-appellant Auto-Owners Insurance Company.*

PER CURIAM.

AFFIRMED.